488

Edith C. PETERSON, Appellant,

v.

SOUTHWESTERN GREYHOUND LINES, Inc., Appellee.

No. 14879.

United States Court of Appeals
Fifth Circuit.

July 16, 1954.

Frank Vaughan, Guy Bonham, San Antonio, Tex., for appellant.

Frank M. Wilson, Waco, Tex., for appellee.

Before HOLMES and STRUM, Circuit Judges, and THOMAS, District Judge.

PER CURIAM.

The judgment appealed from is affirmed.